# EXHIBIT B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COUNTY OF LEHIGH,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; E.I. DU PONT DE NEMOURS AND COMPANY; NL INDUSTRIES, INC.; PPG INDUSTRIES, INC.; AND THE SHERWIN-WILLIAMS COMPANY;<br><br>    Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

1.  Defendant Atlantic Richfield Company is familiar with the terms of the Notice of Removal of Defendant The Sherwin-Williams Company.

2.  Without conceding that service was proper, the undersigned Defendant hereby consents to the removal of this action to this court from the Court of Common Pleas of Lehigh County.

3.  By filing this consent, the Defendant does not waive and expressly reserves all defenses, including without limitation any defense of lack of personal jurisdiction.

Dated: November 27, 2018

By: /s/ Robert C. Heim
Robert C. Heim (Pa. I.D. No. 15758)
Will W. Sachse (Pa. I.D. No. 84097)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2570
robert.heim@dechert.com
will.sachse@dechert.com

Attorneys for Defendant
ATLANTIC RICHFIELD COMPANY

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COUNTY OF LEHIGH,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; E.I. DU PONT DE NEMOURS AND COMPANY; NL INDUSTRIES, INC.; PPG INDUSTRIES, INC.; AND THE SHERWIN-WILLIAMS COMPANY;<br><br>    Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

1. Defendants Atlantic Richfield Company, E.I. du Pont de Nemours and Company, NL Industries, Inc., and PPG Industries, Inc. are familiar with the terms of the Notice of Removal of Defendant The Sherwin-Williams Company.

2. Each of the undersigned Defendants hereby joins in and consents to the removal of this action to this court from the Court of Common Pleas of Lehigh County.

3. By filing this consent, Defendants do not waive and expressly reserve all defenses.

Dated: November 26, 2018

By: /s/ David F. Edelstein
David F. Edelstein, Esquire (Bar No. 94253)
ARCHER & GREINER, P.C.
Three Logan Square
1717 Archer Street, Suite 3500
Philadelphia, PA 19103-2739
(856) 354-3125
Attorneys for Defendant, NL INDUSTRIES, INC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COUNTY OF LEHIGH,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. _____ |

### DEFENDANT E.I. DUPONT DE NEMOURS AND COMPANY'S
### <u>CONSENT TO REMOVAL</u>

Defendant E.I. DuPont de Nemours and Company ("DuPont") hereby avers as follows:

1. DuPont is familiar with the terms of the Notice of Removal filed by Defendant The Sherwin-Williams Company.

2. DuPont consents to the removal of the above-captioned action from the Lehigh County Court of Common Pleas to this Court.

3. By filing this consent, DuPont does not waive and expressly reserves all defenses, including without limitation any defense of lack of personal jurisdiction.

Dated: November 27, 2018

*[signature: Juliana Carter]*
Philip Yannella (Pa. I.D. No. 81111)
Juliana Carter (Pa. I.D. No. 322488)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500

*Attorneys for Defendant E. I. DuPont de Nemours and Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COUNTY OF LEHIGH,<br><br>    **Plaintiff,**<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY; E.I. DU PONT DE NEMOURS AND COMPANY; NL INDUSTRIES, INC.; PPG INDUSTRIES, INC.; AND THE SHERWIN-WILLIAMS COMPANY;<br><br>    **Defendants.** | Civil Action No. _____ |

## CONSENT TO REMOVAL

1. Defendant PPG Industries, Inc. is familiar with the terms of the Notice of Removal of Defendant The Sherwin-Williams Company.

2. The undersigned Defendant hereby consents to the removal of this action to this court from the Court of Common Pleas of Lehigh County.

3. By filing this consent, Defendant does not waive and expressly reserves all defenses available to it.

Dated: November 27, 2018

By: _____
Tiffany F. Turner, Esquire
PA I.D.#62832
tturner@dmclaw.com
Dickie, McCamey & Chilcote, P.C.
1650 Arch Street, Suite 2110
Philadelphia, PA 19103-2029
(215) 925-2289

Attorneys for Defendant,
*PPG Industries, Inc*