# **EXHIBIT E**

# ANAPOLWEISS

David S. Senoff, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
dsenoff@anapolweiss.com
(215) 790-4550 Direct Dial
(215) 875-7733 Direct Fax

November 9, 2018

**VIA CERTIFIED MAIL**
E.I. Du Pont De Nemours and Company
1007 Market Street
Wilmington, DE 19898

    Re:    The County of Lehigh v. PPG Industries, Inc., et al.
             CCP of Lehigh County, No. 2018-C-2741

Dear Sir/Madam:

    Enclosed is a copy of the Civil Action Complaint relative to the above-referenced matter. This Complaint is being served upon you in accordance with the provisions of the Pennsylvania Long Arm Statute. This Complaint has been filed in the Court of Common Pleas of Lehigh County, Pennsylvania, and docketed at No. 2018-C-2741.

    Please be advised that you have twenty (20) days to take action or a default judgment may be entered against you.

    Please forward this Complaint to your insurance company or notify your attorney immediately.

Very truly yours,

*David S. Senoff*

DAVID S. SENOFF

DSS:cmm
Enclosure

DAVID S. SENOFF, ESQ. (NO. 65278)
HILLARY B. WEINSTEIN, ESQ. (NO. 209533)
CLAYTON P. FLAHERTY, ESQ. (NO. 319767)
ANAPOL WEISS
ONE LOGAN SQUARE
130 N. 18TH STREET, SUITE 1600
PHILADELPHIA, PA 19103
PHONE: (215) 790-4550
FAX: (215) 875-7733
dsenoff@anapolweiss.com
hweinstein@anapolweiss.com
cflaherty@anapolweiss.com        ATTORNEYS FOR PLAINTIFF

## THE COURT OF COMMON PLEAS OF LEHIGH COUNTY

| | |
|---|---|
| THE COUNTY OF LEHIGH | CASE NO. 2018-C-2741 |
| PLAINTIFF, | CIVIL ACTION |
| V. | JURY TRIAL DEMANDED |
| ATLANTIC RICHFIELD COMPANY; E.I. DU PONT DE NEMOURS AND COMPANY; NL INDUSTRIES, INC.; PPG INDUSTRIES, INC.; AND SHERWIN-WILLIAMS COMPANY | |
| DEFENDANTS. | |

**PRAECIPE TO REINSTATE THE COMPLAINT**

TO THE OFFICE OF JUDICIAL RECORDS:

Please reinstate the Complaint in the above captioned-matter. A copy of the Complaint is attached hereto as Exhibit "A."

ANAPOL WEISS

BY: _/s/ David S. Senoff_____
DAVID S. SENOFF, ESQUIRE
HILLARY B. WEINSTEIN, ESQUIRE
CLAYTON P. FLAHERTY, ESQUIRE

DATED: NOVEMBER 7, 2018

Exhibit "A"

FILED 10/12/2018 1:32 PM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2018-C-2741    /s/D N

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**

_____Lehigh_____ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

| Commencement of Action: | |
|---|---|
| ☒ Complaint    ☐ Writ of Summons | ☐ Petition |
| ☐ Transfer from Another Jurisdiction | ☐ Declaration of Taking |

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| The County of Lehigh | Atlantic Richfield Company |

| Are money damages requested?  ☒ Yes  ☐ No | Dollar Amount Requested: (check one) | ☐ within arbitration limits<br>☒ outside arbitration limits |
|---|---|---|

| Is this a *Class Action Suit*?  ☐ Yes  ☒ No | Is this an *MDJ Appeal*?  ☐ Yes  ☒ No |
|---|---|

Name of Plaintiff/Appellant's Attorney: David S. Senoff, Esquire

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case**:  Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** (*do not include Mass Tort*)
☐ Intentional
☐ Malicious Prosecution
☐ Motor Vehicle
☐ Nuisance
☐ Premises Liability
☐ Product Liability (*does not include mass tort*)
☐ Slander/Libel/ Defamation
☐ Other: _____

**MASS TORT**
☐ Asbestos
☐ Tobacco
☐ Toxic Tort - DES
☐ Toxic Tort - Implant
☐ Toxic Waste
☐ Other: _____

**PROFESSIONAL LIABLITY**
☐ Dental
☐ Legal
☐ Medical
☐ Other Professional: _____

**CONTRACT** (*do not include Judgments*)
☐ Buyer Plaintiff
☐ Debt Collection: Credit Card
☐ Debt Collection: Other _____

☐ Employment Dispute: Discrimination
☐ Employment Dispute: Other _____

☐ Other: _____

**REAL PROPERTY**
☐ Ejectment
☐ Eminent Domain/Condemnation
☐ Ground Rent
☐ Landlord/Tenant Dispute
☐ Mortgage Foreclosure: Residential
☐ Mortgage Foreclosure: Commercial
☐ Partition
☐ Quiet Title
☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
☐ Board of Assessment
☐ Board of Elections
☐ Dept. of Transportation
☐ Statutory Appeal: Other _____

☐ Zoning Board
☐ Other: _____

**MISCELLANEOUS**
☐ Common Law/Statutory Arbitration
☒ Declaratory Judgment
☐ Mandamus
☐ Non-Domestic Relations Restraining Order
☐ Quo Warranto
☐ Replevin
☐ Other: _____

*Updated 1/1/2011*