IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE COUNTY OF LEHIGH, | : | |
| Plaintiff, | : | NO. 18-5140 |
| | : | |
| v. | : | |
| | : | |
| ATLANTIC RICHFIELD COMPANY, ET AL., | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Please enter by appearance on behalf of the Plaintiff, the County of Lehigh.

Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
(610) 434-4418
tcaffrey@rcn.com