Juliana Carter
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

*Attorney for E. I. DuPont de Nemours and Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| THE COUNTY OF LEHIGH, | : |
|  | : Civil Action No. 18-5140-NIQA |
| Plaintiff, | : |
| v. | : **ENTRY OF APPEARANCE** |
| ATLANTIC RICHFIELD COMPANY, *et al.*, | : |
| Defendants. | : |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance on behalf of Defendant E. I. DuPont de Nemours and Company in the above-captioned matter.

Date:   December 10, 2018

/s/ *Juliana Carter*
Juliana Carter
PA Attorney ID No. 322488
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
CarterJ@ballardspahr.com

*Attorney for E. I. DuPont de Nemours and Company*