# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE COUNTY OF LEHIGH** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-5140 |
| v. | : | |
| | : | |
| **ATLANTIC RICHFIELD** | : | |
| **COMPANY,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 5th day of June 2019, upon consideration of Plaintiff's *motion to remand*, [ECF 15], Defendants' response in opposition thereto, [ECF 25], and Plaintiff's reply, [ECF 26], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion is **GRANTED** and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the Court of Common Pleas of Lehigh County.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*